# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON J. KRON | CIVIL ACTION |
| VERSUS | NO. 09-7572 |
| ROBERT C. TANNER, WARDEN | SECTION "R" |

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants, Robert C. Tanner, Warden and the Attorney General for the State of Louisiana, and against plaintiff Jason J. Kron dismissing Kron's petition for writ of habeas corpus with prejudice.

New Orleans, Louisiana, this 1st day of September, 2010.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**